IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | |
| | : | |
| v. | : | 1:24-cr-00491-LLA |
| | : | |
| **ERIC SUN,** | : | |
|     **Defendant.** | : | |

MOTION FOR CONTINUANCE
OF ARRAIGNMENT AND PLEA HEARING

COMES NOW, Allen H. Orenberg, counsel for the Defendant, Eric Sun, and hereby respectfully requests the entry of an Order continuing the arraignment and plea hearing to a date convenient to the Court and to the parties.

As grounds, the following is stated:

1. On November 18, 2024, undersigned counsel entered his appearance as counsel for defendant Eric Sun.[1]

2. The Court previously scheduled an arraignment/plea hearing for November 13, 2024 (3:30 p.m.) However, on November 13th attorney Peter T. Alford (from LaGrange, GA) attempted to file his Motion For Continuance And Waiver of Right To A Speedy Trial. (Copy attached) Apparently, this filing was not accepted since Mr. Alford is not a member of this Court.

---

[1] In the near future, undersigned counsel will move the admission, *pro hace vice*, of attorney Peter T. Alford from LaGrange, Georgia.

3. On November 18, 2024, this Court issued a Minute Order instructing counsel to "file a motion for a continuance by COB November 18, 2024."

4. Undersigned counsel consulted with the Court Room Deputy Clerk, (Margaret Pham) who suggests either Thursday, December 29, 2024 (morning only) or Friday, December 20, 2024 (all day) for an arraignment/plea hearing

5. On November 18, 2024, undersigned counsel unsuccessfully attempted to contact AUSA Cytheria Jernigan about this motion. Nevertheless, it is believed the government will consent to this motion.

6. Defendant, Eric Sun, waives his Speedy Trial Act rights between November 13, 2024, and the next scheduled Court hearing.

WHEREFORE, for the foregoing reasons and such other reasons which may appear just and proper, defendant Eric Sun respectfully requests the entry of an Order continuing the arraignment and plea hearing to a date convenient to the Court and to the parties.

    Respectfully Submitted,

_____
Allen H. Orenberg, # 395519
The Orenberg Law Firm, LLC
200-A Monroe Street, Suite 233
Rockville, Maryland 20850
Tel. No. 301-807-3847
Fax No. 240-238-6701
aorenberg@orenberglaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on the 18th day of November, 2024, a copy of the foregoing Motion for Continuance of Arraignment and Plea Hearing and a proposed Order was delivered to case registered parties by the CM/ECF court system, and by direct e-mail to attorney Peter T. Alford.

_____
Allen H. Orenberg