IN THE UNITED STATES DISTRICT
COURT FOR THE DISTRICT OF
COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CASE NO. 24-CR-00491-LLA |
| | : | |
| v. | : | |
| | : | |
| | : | |
| ERIC SUN, | : | VIOLATIONS: |
| | : | 40 U.S.C. § 5104(e)(2)(D) |
| Defendant. | : | (Disorderly Conduct in a Capitol Building |
| | : | or Grounds) |
| | : | 40 U.S.C. § 5104(e)(2)(G) |
| | : | (Parading, Demonstrating, or Picketing in |
| | | a Capitol Building) |

MOTION FOR CONTINUANCE AND WAIVER OF RIGHT TO A SPEEDY TRIAL

COMES NOW, Peter Alford, Attorney for Eric Sun, and files his Motion for Continuance and Waiver of Right to a Speedy Trial, and shows the court as follows:

1. The above captioned case is scheduled for a hearing today at 3:30 p.m.

2. I am currently required to appear in the Superior Court of Troup County in regard to the criminal jury trial calendar.

3. As a result, I ask the Court to grant a continuance in regard to this case.

4. We hereby waive our right to a speedy trial.

WHEREFORE, we request the following relief:

    a) That this case be removed from the November 13, 2024 hearing calendar;

    b) That the case be reset at a time to be determined by the court; and

    c) For such other and further relief as the court deems appropriate.

This 13th day of November, 2024.

                              Respectfully submitted,

                              ALFORD LAW GROUP, LLC

                              _____
                              Peter T. Alford
                              Attorney for Eric Sun
                              Georgia Bar No.: 005430

ALFORD LAW GROUP, LLC
300 W. Broome Street, Ste. 100 South
P.O. Box 876
LaGrange, GA  30241
Tel:  706.882.9261
palford@alfordlaw.co
katie.peak@alfordlaw.co

IN THE UNITED STATES DISTRICT
COURT FOR THE DISTRICT OF
COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CASE NO. 24-CR-00491-LLA |
| | : | |
| v. | : | |
| | : | |
| | : | |
| ERIC SUN, | : | VIOLATIONS: |
| | : | 40 U.S.C. § 5104(e)(2)(D) |
| Defendant. | : | (Disorderly Conduct in a Capitol Building |
| | : | or Grounds) |
| | : | 40 U.S.C. § 5104(e)(2)(G) |
| | : | (Parading, Demonstrating, or Picketing in |
| | | a Capitol Building) |

CERTIFICATE OF SERVICE

This is to certify that I have this day served a copy of the within and foregoing Motion for Continuance and Waiver of Right to a Speedy Trial upon the following:

Cytheria D. Jernigan
Cytheria.Jernigan@usdoj.gov

This 13th day of November, 2024.

Peter T. Alford
Attorney for Eric Sun
Georgia Bar No.: 005430

ALFORD LAW GROUP, LLC
300 W. Broome Street, Ste. 100 South
P.O. Box 876
LaGrange, GA 30241
Tel: 706.882.9261
palford@alfordlaw.co
katie.peak@alfordlaw.co