UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES<br><br>v.<br><br>ERIC SUN,<br><br>*Defendant*. | Criminal Action No. 24-491 (LLA) |

### ORDER

This matter is before the court on the United States' Motion to Dismiss.[1]  ECF No. 14. Pursuant to Federal Rule of Criminal Procedure 48(a), it is hereby

**ORDERED** that the motion is **GRANTED** and the Information, ECF No. 1, is **DISMISSED WITH PREJUDICE**.  It is further

**ORDERED** that all pending deadlines and hearings in this case are **VACATED**.  The Clerk of Court is directed to terminate this case.

**SO ORDERED.**

_____
LOREN L. ALIKHAN
United States District Judge

Date:  January 27, 2025

---

[1] The court construes the United States' Motion to Dismiss Indictment as a Motion to Dismiss Information.